UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15CR242 HEA |
| ) | |
| JERMAIN L. MAZES, ) | |
| ) | |
| Defendant. ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Memorandum, Order and Report and Recommendation of Magistrate Judge Thomas C. Mummert, III, that Defendant's Motions to Suppress Statements, [Doc. No. 50], be denied. Neither party has filed any objections to the Order and Recommendation within the prescribed time period.

Judge Mummert thoroughly analyzed the record with regard to Defendant's motion. Judge Mummert's Memorandum discusses the factual details of Defendant's statements and the evidence and applies the applicable law. The Recommendation is adopted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress

Statements, [Doc. No. 50], is denied.

Dated this 2nd day of February, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE